**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>   Plaintiff,    )<br>    )<br>v.    )<br>    )<br>**JULIAN GUILLEN-BOTELLO,**    )<br>   Defendant.    )<br>    ) | **CASE NO. 07cr0127-BTM**<br><br>Date: June 19, 2007<br>Time: 9:00 A.M.<br><br>**ORDER** |

Upon motion to the Court by the defendant, Julian Guillen-Botello, through his attorney, Holly S. Hanover, and the government, and good cause shown;

**IT IS HEREBY ORDERED** that the sentencing hearing date and time for Mr. Guillen-Botello now set for June 19, 2007 at 9:00 a.m., be continued to July 27, 2007 at 8:30 a.m.

**IT IS ALSO ORDERED** that the time between June 19, 2007 and July 27, 2007 be excluded for purposes of the Speedy Trial Act.

**SO ORDERED.**

DATED: June 18, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge

07cr0127