**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 07cr0127-BTM |
| Plaintiff, | ) | Date: July 27, 2007 |
| | ) | Time: 8:30 A.M. |
| v. | ) | |
| | ) | **ORDER** |
| **JULIAN GUILLEN BOTELLO,** | ) | |
| Defendant. | ) | |

Upon motion to the Court by the defendant, Julian Guillen Botello, through his attorney, Holly S. Hanover, and the government, and good cause shown;

**IT IS HEREBY ORDERED** that the sentencing hearing date and time for Mr. Guillen Botello now set for July 27, 2007 at 8:30 a.m., be continued to September 7, 2007 at 10:00 a.m.

**IT IS ALSO ORDERED** that the time between July 27, 2007 and September 7, 2007 be excluded for purposes of the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: July 25, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge